OFFICE OF DISCIPLINARY COUNSEL *v.* PHILLIPS.

[Cite as *Disciplinary Counsel v. Phillips* (1997), 78 Ohio St.3d 311.]

(No. 94–1810—Submitted January 22, 1997—Decided April 30, 1997.)

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuck,* Assistant Disciplinary Counsel, for relator.

*Thomas Ewing Phillips, pro se.*

*Per Curiam.* We adopt the findings and recommendations of the panel and hereby suspend respondent from the practice of law in Ohio for a period of one year from the date of this order. Costs of these proceedings taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.